THE UTICA CITY NATIONAL BANK, Respondent, *v.* GERTRUDE L. TALLMAN, Appellant.

*Utica City Nat. Bank* v. *Tallman,* 63 App. Div. 480, affirmed.
(Argued October 23, 1902; decided November 18, 1902.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered August 13, 1901, affirming a judgment in favor of plaintiff entered upon the report of a referee.

*Barclay E. V. McCarty* for appellant.

*William P. Quin* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: PARKER, Ch. J., GRAY, O'BRIEN, BARTLETT, HAIGHT, MARTIN and VANN, JJ.